UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILBERT DUNBAR,<br><br>Plaintiff,<br><br>-against-<br><br>MARY ASHONG,<br><br>Defendant. | No. 23-CV-3391 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated: August 24, 2026
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge